# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIAL JARAMILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CHAPNICK, et al,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-01713-GBC (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EITHER PAY FILING FEE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　On October 18, 2012, Plaintiff Gabrial Jaramillo ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1.

　　　On October 19, 2012, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. Doc. 3. To date, Plaintiff has failed to pay the $350.00 filing fee in full, submitted an application to proceed in forma pauperis, or responded to the Court's order.

　　　A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has not submitted an application to proceed in forma pauperis, paid the filing fee, or responded to the Court's order to do so, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

　　　Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or submit a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:　December 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE